[No. 46239-7-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. DARRELL NEWTON NELSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 13-1-01034-0, Bryan E. Chushcoff, J., entered May 9, 2014. *Affirmed* by unpublished opinion per Worswick, J., concurred in by Johanson, C.J., and Maxa, J.

[Nos. 46323-7-II; 46326-1-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. HAROLD SPENCER GEORGE, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 13-1-01810-3, John R. Hickman, J., entered April 11, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46421-7-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. RODREA VONSHON BRADLEY, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 14-1-00580-8, Ronald E. Culpepper, J., entered June 6, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.

[No. 46596-5-II.   Division Two.   February 17, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. BARON ADAM DUKES, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-00870-8, Gregory M. Gonzales, J., entered July 31, 2014. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Johanson, C.J., and Worswick, J.